**Order entered April 23, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00219-CV**

## IN THE INTEREST OF H.B.R., A CHILD

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-56844-2017**

### ORDER

As directed to do so, appellant has filed written verification that he has paid all estimated fees for the reporter's record. Accordingly, we **ORDER** Stephanie M. Hunn, Official Court Reporter for the 469th Judicial District Court, to file the reporter's record no later than May 13, 2020.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Hunn and the parties.

/s/  ROBERT D. BURNS, III
CHIEF JUSTICE